

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00618-CR

Benjamin James **FOX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A 14-678
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 11, 2017.

Marialyn Barnard, Justice